JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MOJARRO and LUCIA MOJARRO, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., et al., <br><br> Defendants. | No. 2:23-cv-08758-MWF(AGRx) <br><br> ORDER DISMISSING DEFENDANT THE FREEMAN MANUFACTURING AND SUPPLY COMPANY AND REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |

Pursuant to the Stipulation between Plaintiffs and Defendant The Freeman Manufacturing and Supply Company (Docket No. 14), IT IS HEREBY ORDERED that Defendant The Freeman Manufacturing and Supply Company is DISMISSED from this action without prejudice, each side to bear its own costs, pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS FURTHER ORDERED that this case is REMANDED to the Superior Court of California, County of Los Angeles, as Case No. 23STCV04283.

Dated: January 10, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge